## HANCHEY v. BRUNSON.

(Decided June 13, 1912.)

APPEAL from Coffee Circuit Court.

Heard before Hon. H. A. PEARCE.

A. G. SEAY, for appellant.  J. A. CARNLEY, for appellee.

Per curiam.  Dismissed for want of judgment to support appeal.

---

## SMITH v. ROGERS, ET AL.

(Decided June 16, 1912.)

APPEAL from Bibb Circuit Court.

Heard before Hon. B. M. MILLER.

No counsel marked for either party.

Per curiam.  Affirmed on certificate.

---

## SMITH v. SPRUCE PINE SAND & GRAVEL CO., ET AL.

(Decided June 27, 1912.)

APPEAL from Franklin Chancery Court.

Heard before Hon. W. H. SIMPSON.

WILLIAMS & JONES, for appellant.  B. H. SARGENT, for appellee.

Per curiam.  Decree affirmed.

---

## SOUTHERN STATES FIRE & CASUALTY INS. CO. v. WHATLEY.

(Decided May 30, 1912.)

APPEAL from Jefferson Chancery Court.

Heard before Hon. A. H. BENNERS.

LAMKIN & WATTS, for appellant.  GORDON & EDDINGTON, for appellee.

MAYFIELD, J.—Affirmed on the authority of *So. St. F. & C. I. Co. v. Brannen*, 178 Ala. 115; 58 South. 60.